JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| REGINALD GARY, | ) Case No. CV 20-8534-PA (JEM) |
|---|---|
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | ) |
| Respondents. | ) |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: June 2, 2021

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE